John M. Vail, appellee, v. Chicago Surface Lines et al., appellants. Gen. No. 24,309.

Action to recover for personal injuries by being struck by street car. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. George F. Barrett, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed with finding of fact. Opinion filed June 10, 1919.

Ada M. Cartwright and C. C. Cunningham, for appellants; J. R. Guilliams, of counsel. Scott Osten Cavette, for appellee; Ernest M. Stout, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

Mikulas Rekstis, appellee, v. Chicago City Railway Company et al., appellants. Gen. No. 24,333.

Action to recover for personal injuries sustained while attempting to board street car. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Charles M. Walker, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed and remanded. Opinion filed June 10, 1919.

Charles Le Roy Brown, for appellants; John R. Guilliams and Joseph D. Ryan, of counsel. A. H. Ranes and Hugh R. Porter, for appellee; Corinne L. Rice, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

Minneapolis Transfer & Warehouse Company, appellee, v. Terminal Warehouse Company of Chicago Heights, appellant. Gen. No. 24,417.

Action to recover balance due on account. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. J. J. Cooke, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and judgment here with finding of fact. Opinion filed June 10, 1919.

Bunge, Harbour & Schmidt, for appellant. Elmer H. Heitmann, for appellee; Theodore Johnson, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

Illinois Stove & Refrigerator Company, appellee, v. Albert Lang et al., appellants. Gen. No. 24,497.

Suit to establish mechanic's lien for gas stoves sold and delivered under written contract. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed June 10, 1919.

Ellis & Lewis, for appellant Albert Lang. Edmund W. Froehlich, for appellee.

Mr. Justice Barnes delivered the opinion of the court.